Opinion by TYSON, J.

# *Ex parte* Reid–Murdock & Co.

Petition for *Mandamus*.

WILLIAM K. BROWN and SAM WILL JOHN, for petitioner.

This was an original petition filed in this court asking for the issuance of a writ of *mandamus*, addressed to A. A. Coleman, Judge of the Tenth Judicial Circuit, requiring him to enter judgment by default in favor of the petitioner. The facts in this case, so far as they relate to the grounds upon which the writ of mandamus is asked, are substantially the same as those set out in the case of *Ex parte Scudder—Gale Grocery Co.*, *ante.* p. 434, and on the authority of that case, the application for *mandamus* is denied.

Opinion by SHARPE, J.